UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID NAIL,

     Plaintiff,                                Case No. 1:12-cv-1345

v.                                      HON. JANET T. NEFF

BRENT MYERS, *et al.*,

     Defendants.

_____/

## ORDER

This is a civil action involving a *pro se* litigant.  Defendant Brent Myers filed a Motion for Summary Judgment (Dkt 65).  Plaintiff filed a Motion for Summary Judgment (Dkt 68).  These matters were referred to the Magistrate Judge, who issued a Report and Recommendation on July 13, 2015, recommending that this Court deny Plaintiff's motion, grant Defendant's motion, and terminate this action.  The Report and Recommendation was duly served on the parties.  No timely objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 90) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt 68) is DENIED.

**IT IS FURTHER ORDERED** that Defendant Myers' Motion for Summary Judgment (Dkt 65) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated: August 18, 2015                        _/s/ Janet T. Neff_____
                                            JANET T. NEFF
                                            United States District Judge